VERNA SEKINGER, as Administratrix of the Estate of RAYMOND V. SEKINGER, Deceased, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 28757.)

WALTER KAZMIERCZAK et al., as Executors of EDWARD KAZMIERCZAK, Deceased, Respondents, *v.* STATE OF NEW YORK, Appellant. (Claim No. 28758.)

RICHARD J. KENYON et al., as Administrators of the Estate of BERNARD M. KENYON, Deceased, Respondents, *v.* STATE OF NEW YORK, Appellant. (Claim No. 28771.)

Argued October 6, 1949; decided October 20, 1949.

*Nathaniel L. Goldstein, Attorney-General (John R. Davison, Wendell P. Brown* and *Ronald E. Coleman* of counsel), for appellant.

*Roger O. Baldwin, Joseph Hawley Murphy* and *Arnold A. Ullman* for respondents.

In each case, judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.